No. 8,057.—STATE ex REL. HARRIS et al., RELATORS, *v.* DISTRICT COURT et al., RESPONDENTS.

Decided December 14, 1939.

PER CURIAM.—It is ordered upon due consideration of the above application that it be, and is hereby, denied.

*Mr. Emmet O'Sullivan,* for Relators.